## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| GARY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-1011 |
| v. | ) | |
| | ) | **Jury Trial Demanded** |
| TOWANDA COMMUNITY FIRE | ) | |
| PROTECTION DISTRICT, | ) | |
| BRETT LUESCHEN, and | ) | |
| GREGG EBERS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AMENDED DISCOVERY PLAN</u>

Counsel for Plaintiff, Julie L. Galassi, and counsel for Defendants, Hayley Loufek, having met for the purpose of formulating a proposed amended discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1.  Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **6/17/24**

2.  Amendment of the pleadings: **11/18/24**

3.  Joining additional parties: **11/18/24**

4.  Close of fact discovery: **4/30/25**

5.  The parties do not anticipate needing expert(s) opinions.

6.  Completion of all discovery: **4/30/25**

7.  Dispositive motions: **5/15/25**

Gary Smith, Plaintiff

By: */s/ Julie L. Galassi*
Julie L. Galassi, Esq. Bar No. 6198035
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614-5591
Telephone: (309) 688-9400
Facsimile:  (309) 688-9430
Email: jgalassi@hrbklaw.com

Towanda Community Fire Protection District, Brett Lueschen and Gregg Egbers, Defendants

By:*/s/ Hayley Loufek*
Hayley Loufek
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563
Telephone: (630) 682-0085
Facsimile:  (630) 682-0788
Email: hloufek@ottosenlaw.com