AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Gary Smith<br>*Plaintiff*<br>v.<br>Towanda Community Fire Protections District, Brett Lueschen and Gregg Ehers<br>*Defendant* | Civil Action No. 24-1011 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Jonathan E. Hawley  on a motion for  Summary Judgment. Counts One, Two, and Three of the Complaint are dismissed with prejudice. Judgment is entered in favor of the Defendants and this case is closed.

Date:  11/21/25

*CLERK OF COURT*

s/ Shig Yasunaga

*Signature of Clerk or Deputy Clerk*